[No. 18212-2-II.     Division Two.     July 19, 1996.]

ROBERTA DYE, *Appellant*, v. FABRI-CENTERS OF
AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 92-2-01337-2, Milton R. Cox, J.,
entered April 13, 1994. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Seinfeld, C.J., and Arm-
strong, J.

[Nos. 18318-8-II; 18353-6-II.     Division Two.     July 19, 1996.]

EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY,
INC., ET AL., *Respondents*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Appellant*.

KLR ASSOCIATES, INC., ET AL., *Respondents*, v. THE
DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Appellant*.

Appeals from judgments of the Superior Court for Thur-
ston County, Nos. 93-2-00582-0 and 93-2-00993-1, Daniel J.
Berschauer, J., entered May 11, 1994. *Affirmed in part*
and *reversed in part* by unpublished opinion per Morgan,
J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 18510-5-II.     Division Two.     July 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
JOSEPH NELSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 93-1-01482-1, Roger A. Bennett, J., entered
July 17, 1994. *Affirmed* by unpublished opinion per Sein-
feld, C.J., concurred in by Bridgewater and Turner, JJ.